UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| CARLOS L. LINARES | NO.:15-00071-BAJ-EWD |

### RULING AND ORDER

Before the Court is a **Motion For Leave to Proceed In Forma Pauperis (Doc. 97)**, filed by Defendant Carlos L. Linares. Defendant seeks an order from this Court allowing him to proceed with his appeal *in forma pauperis*. For reasons explained herein, Plaintiff's **Motion For Leave to Proceed In Forma Pauperis (Doc. 97)** is **DENIED WITHOUT PREJUDICE**.

### I. BACKGROUND

Following a jury trial, Defendant Carlos L. Linares was convicted of Theft of Government Funds, Failure to Maintain an Effective Anti-Money Laundering Program, and two counts of Obstruction of a Proceeding Before a Federal Agency. (Doc. 84). Defendant now seeks to appeal his conviction. (Doc. 87). Defendant has filed a motion for leave to proceed *in forma pauperis*, claiming that he is unable to afford a trial transcript. (Doc. 97). The motion alleges that the trial transcript would cost Defendant $5,500. (*Id.* at 1). The Government filed a response on September 16, 2016, (Doc. 104), arguing that Defendant omitted essential information in his motion, and that as a result, the motion should be denied without prejudice. (*Id.*)

## II. DISCUSSION

*In forma pauperis* status allows a party to "proceed on appeal without prepaying or giving security for fees and costs." Fed. R. App. P. 24. "To proceed [*in forma pauperis*] on appeal, a movant must demonstrate that he is a pauper and that he will raise nonfrivolous issues on appeal." *Castillo v. Self*, 350 F. App'x 957, 958 (5th Cir. 2009). In order to demonstrate these elements, a defendant must file a motion with the District Court, and attach an affidavit that shows: 1) the party's inability to pay, 2) claims an entitlement to redress, and 3) states the issues that the party intends to present on appeal. Fed. R. App. P. 24.[1] The provision of a statement of issues is pivotal, because the court must determine if the appeal will raise non-frivolous issues. *See Castillo*, 350 F. App'x at 958. (requiring a showing that issues on appeal are non-frivolous); *see also United States v. Ferguson*, 460 F. Supp. 1, 5 (E.D. Tenn. 1977) (denying request to proceed in forma pauperis because the defendant failed to state the issues on appeal).

In this case, Defendant failed to describe the issues he will appeal. Therefore, this motion does not comply with the federal rule for motions to proceed *in forma pauperis*, and further, this Court cannot determine whether the issues on appeal are frivolous. Thus, the motion must be denied at this time. However, Defendant will be permitted to refile the motion in a fashion that conforms to the statutory requirements.

---

[1] *See* Fed. R. App. P. Form 4.

## IV. CONCLUSION

Based on the foregoing,

IT IS ORDERED that Defendant's Motion For Leave to Proceed In Forma Pauperis (Doc. 97) is DENIED WITHOUT PREJUDICE.

Baton Rouge, Louisiana, this 23rd day of September, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA