UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | |
| | : | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA | : | |
| | : | 3:15-CR-00071-BAJ-EWD-1 |
| VERSUS | : | |
| | : | HON. CHIEF BRIAN A. JACKSON |
| CARLOS L. LINARES | : | |
| | : | JANUARY 29, 2016 |
| | : | |

# TRANSCRIPT OF JURY TRIAL

## VOLUME FIVE

===============================================================

**A P P E A R A N C E S:**

FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

   ALAN STEVENS, ESQ.
   RYAN CROSSWELL, ESQ.

FOR THE DEFENDANT, CARLOS L. LINARES:

   JARRETT P. AMBEAU, ESQ.


      REPORTED BY:    CLARE SMITH-NEELY, CCR


UNITED STATES COURTHOUSE
777 FLORIDA STREET
BATON ROUGE, LOUISIANA 70801
(225) 751-8111

| | |
|---|---|
| 1 | THE COURT: GOOD MORNING, EVERYONE. |
| 2 | MR. STEVENS: GOOD MORNING. |
| 3 | MR. AMBEAU: GOOD MORNING, YOUR HONOR. |
| 4 | THE COURT: LET'S ALL REMAIN STANDING |
| 5 | FOR THE JURY. |
| 6 | REPORTER'S NOTE: (THEREFORE, AT THIS TIME, |
| 7 | THE JURY RETURNS TO THE COURTROOM.) |
| 8 | THE COURT: BE SEATED. |
| 9 | OKAY. WE'RE BACK ON THE RECORD IN THE |
| 10 | CASE OF UNITED STATES VERSUS CARLOS LINARES. |
| 11 | GOOD MORNING. LET THE RECORD REFLECT, |
| 12 | BY THE WAY, THAT THE DEFENDANT IS PRESENT IN |
| 13 | COURT AT THIS TIME, AS WELL AS COUNSEL FOR |
| 14 | THE UNITED STATES AND THE DEFENDANT. |
| 15 | WELL, WELCOME BACK, LADIES AND |
| 16 | GENTLEMEN. I HOPE YOU ALL HAD A RESTFUL |
| 17 | EVENING AND ARE PREPARED TO RESUME YOUR |
| 18 | DELIBERATIONS. |
| 19 | BEFORE WE ADJOURNED YESTERDAY I GAVE YOU |
| 20 | THE USUAL INSTRUCTIONS, NOT TO DISCUSS THE |
| 21 | CASE WITH ANYONE, INCLUDING YOURSELVES |
| 22 | OVERNIGHT. NOT TO CONDUCT ANY OUTSIDE |
| 23 | RESEARCH. NOT TO WATCH ANY NEWS COVERAGE OF |
| 24 | THIS CASE. |
| 25 | IF ANYONE HERE WAS UNABLE TO ABIDE BY |

1   THOSE INSTRUCTIONS, PLEASE RAISE YOUR HAND.
2   AND LET THE RECORD REFLECT THAT NO HANDS ARE
3   BEING RAISED.  SO, THANK YOU ALL VERY MUCH
4   FOR ABIDING BY THOSE INSTRUCTIONS.
5         AT THIS TIME I WILL ASK YOU TO RETURN TO
6   THE JURY ROOM TO CONTINUE YOUR DELIBERATIONS.
7         LET'S ALL RISE FOR THE JURY.
8   REPORTER'S NOTE: (THEREFORE, AT THIS TIME,
9         THE JURY RETURNED TO THE JURY ROOM FOR
10        DELIBERATIONS.)
11  THE COURT: OKAY.  GENTLEMEN, PLEASE MAKE SURE
12        YOU ARE WITHIN TEN MINUTES OF THE
13  COURTHOUSE IN CASE THERE ARE OTHER QUESTIONS
14  OR A VERDICT.
15        ANY OTHER QUESTIONS?  ANYTHING WE SHOULD
16  TAKE UP BEFORE WE RECESS?
17  MR. STEVENS: NO, JUDGE.
18  MR. AMBEAU: NO, YOUR HONOR.
19  THE COURT: HEARING NOTHING, THE COURT IS
20        IN RECESS.
21  REPORTER'S NOTE: (THEREFORE, AT THIS TIME,
22        COURT IS IN RECESS.)(COURT IS RESUMED.)
23  THE COURT: BE SEATED.
24        WE ARE NOW BACK ON THE RECORD IN THE
25  CASE OF UNITED STATES VERSUS CARLOS LINARES.

1   LET THE RECORD REFLECT THAT THE
2   DEFENDANT IS PRESENT IN COURT AT THIS TIME,
3   AS WELL AS COUNSEL FOR THE DEFENDANT AND
4   COUNSEL FOR THE UNTIED STATES.
5       I HAVE BEEN INFORMED THAT THE JURY HAS
6   REACHED A VERDICT IN THE CASE.
7       LET'S ALL RISE FOR THE JURY.
8       CAPTAIN, BEFORE YOU -- LET ME JUST
9   MENTION FOR THE RECORD THAT THE COURT
10  DEFERRED RULING ON THE DEFENDANT'S MOTION ON
11  RULY 29. THAT MOTION IS DENIED.
12      ALL RIGHT. LET'S RETURN THE JURY TO THE
13  COURTROOM.
14  REPORTER'S NOTE: (THEREFORE, AT THIS TIME,
15      THE JURY RETURNS TO THE COURTROOM.)
16  THE COURT: BE SEATED. WELL, WELCOME, LADIES
17      AND GENTLEMEN. I HAVE BEEN INFORMED
18  THAT THE JURY HAS REACHED THEIR VERDICT IN
19  THE CASE. IS THAT CORRECT?
20      MR. FOREPERSON, IF YOU WOULD BE KIND
21  ENOUGH TO HAND THE VERDICT FORM TO THE
22  CAPTAIN?
23      OKAY. I FIND THAT THE VERDICT IS PROPER
24  AND PROPERLY COMPLETED, AND IT IS SIGNED --
25  PROPERLY SIGNED BY THE FOREPERSON OF THE

1  JURY.
2  AT THIS TIME, LADIES AND GENTLEMEN, YOUR
3  VERDICT WILL BE READ IN OPEN COURT.
4  THE CLERK: CRIMINAL NUMBER 15-71-BAJ-DWD.
5  THE UNITED STATES OF AMERICA VERSUS
6  CARLOS L. LINARES.
7  JURY VERDICT:
8  QUESTION NUMBER ONE: AS TO COUNT ONE,
9  WE THE JURY FIND THE DEFENDANT, CARLOS L.
10  LINARES, GUILTY.
11  QUESTION NUMBER TWO: AS TO COUNT TWO,
12  WE THE JURY FIND THE DEFENDANT, CARLOS L.
13  LINARES, GUILTY.
14  QUESTION NUMBER THREE: AS TO COUNT
15  THREE, WE THE JURY FIND THE DEFENDANT, CARLOS
16  L. LINARES, GUILTY.
17  QUESTION NUMBER FOUR: AS TO COUNT
18  FOUR, WE THE JURY FIND THE DEFENDANT, CARLOS
19  L. LINARES, GUILTY.
20  QUESTION NUMBER FIVE: HAS THE UNITED
21  STATES PROVEN BEYOND A REASONABLE DOUBT THAT
22  THE DEFENDANT, CARLOS L. LINARES, COMMITTED
23  COUNT TWO:
24  A.  WHILE VIOLATING ANOTHER LAW OF THE
25  UNITED STATES OR,

1      B. AS PART OF A PATTERN OF ILLEGAL
2      ACTIVITY INVOLVING MORE THAN $100,000.00 IN A
3      12-MONTH PERIOD?  YES.
4      SIGNED, SEPTEMBER 29TH, FOREPERSON.
5  THE COURT: THANK YOU.  WOULD EITHER PARTY
6  LIKE THE JURY POLLED AS TO THE RESULTS?
7  MR. STEVENS: NO, JUDGE.
8  MR. AMBEAU: NO, JUDGE.
9  THE COURT: VERY WELL.  I WILL DIRECT THE
10      CLERK TO ENTER THE VERDICT FORM INTO THE
11  RECORD.
12      LADIES AND GENTLEMEN, LET ME THANK YOU
13  ALL ONCE AGAIN FOR YOUR PATIENCE WITH US, FOR
14  YOUR ATTENTION AND FOR ALL OF YOUR HARD WORK
15  OVER THE COURSE OF THIS PAST WEEK. THIS WAS A
16  TOUGH CASE.  CERTAINLY SOME TOUGH CHARGES;
17  THAT IS, CHARGES THAT WERE SERIOUS CHARGES
18  AND CHARGES THAT REQUIRE THE FULL ATTENTION
19  OF JURORS LIKE YOURSELVES.
20      AS I TOLD YOU AT THE BEGINNING OF THIS
21  TRIAL, JURY SERVICE IS ONE OF THE FEW THINGS
22  THAT THIS NATION REQUESTS OF US AS CITIZENS.
23  LET ME THANK YOU ON BEHALF OF EVERYONE
24  ASSOCIATED WITH THIS TRIAL FOR COMING DOWN TO
25  FEDERAL COURT THIS ENTIRE , ESSENTIALLY

1  PUTTING YOUR LIVES ON HOLD AND DISCHARGING
2  YOUR DUTIES AS CITIZENS AND DOING SO IN SUCH
3  A SERIOUS WAY.
4      I WILL ASK YOU -- EXCUSE YOU FROM THE
5  COURTROOM AT THIS TIME.  I KNOW YOU ALL ARE
6  EAGER TO GET BACK TO YOUR HOMES AND YOUR JOBS
7  AND RESUME YOUR NORMAL ACTIVITIES.
8      BUT I'M GOING TO ASK YOU TO WAIT FOR ME
9  JUST FOR A FEW MINUTES.  I'D LIKE TO ADDRESS
10  YOU PERSONALLY IN THE JURY ROOM.  I HAVE A
11  COUPLE OF MATTERS TO TAKE UP WITH THE PARTIES
12  AND THE LAWYERS.  I PROMISE YOU IT WON'T TAKE
13  ANY MORE THAN FIVE MINUTES.  AND, SO, I
14  APPRECIATE YOUR PATIENCE WITH ME.
15      LET'S ALL RISE FOR THE JURY.
16  REPORTER'S NOTE: (THEREFORE, AT THIS TIME,
17      THE JURY WAS EXCUSED.)
18  THE COURT: BE SEATED.
19      MR. LINARES, MR. AMBEAU, PLEASE STEP TO
20  THE FORWARD PODIUM.
21      NOW, MR. LINARES, NOW THAT YOU HAVE BEEN
22  FOUND GUILTY OF THE CHARGES CONTAINED IN THE
23  SUPERCEDING INDICTMENT, I WILL ORDER A PRE-
24  SENTENCE INVESTIGATION TO BE CONDUCTED PRIOR
25  TO SENTENCING YOU.

1    NOW, THIS IS A VERY IMPORTANT STAGE OF
2    THESE PROCEEDINGS, SIR.  AND THE RESULTS OF
3    THAT INVESTIGATION WILL HAVE A DIRECT BEARING
4    ON THE ULTIMATE OUTCOME OF YOUR CASE.
5        THE FIRST THING THAT WILL HAPPEN IS THAT
6    YOU WILL BE CONTACTED THROUGH YOUR LAWYER BY
7    A MEMBER OF THE U.S. PROBATION SERVICE WHO
8    WILL ARRANGE A TIME TO VISIT WITH YOU AND TO
9    INTERVIEW YOU.  YOU HAVE THE RIGHT TO HAVE
10   MR. AMBEAU PRESENT AT THAT INTERVIEW, IN
11   FACT, AT EVERY STAGE OF THAT INVESTIGATION
12   AND THAT INVESTIGATIVE PROCESS.
13       DO YOU UNDERSTAND THAT, SIR?
14   MR. LINARES: YES.
15   THE COURT: NOW, AT THE CONCLUSION OF THE
16       INVESTIGATION, SIR, A WRITTEN PRE-
17   SENTENCE INVESTIGATION REPORT WILL BE
18   PREPARED TO ASSIST ME IN SENTENCING YOU.
19   PRIOR TO THE SENTENCING HEARING, YOU AND YOUR
20   LAWYER, AS WELL AS THE LAWYERS FOR THE
21   GOVERNMENT, WILL EACH BE PROVIDED WITH A COPY
22   OF THE REPORT.  YOU WILL HAVE AN OPPORTUNITY
23   TO REVIEW THE REPORT AND TO CALL TO MY
24   ATTENTION ANY ERRORS YOU BELIEVE ARE IN THE
25   REPORT.  YOU MAY ALSO PROVIDE TO ME

1  INFORMATION THAT YOU BELIEVE WAS OMITTED FROM
2  THE REPORT, BUT IS IMPORTANT FOR MY
3  CONSIDERATION.
4      DO YOU UNDERSTAND THAT, SIR?
5  MR. LINARES: YES.
6  THE COURT: ALL RIGHT.  DO YOU HAVE ANY
7      QUESTIONS ABOUT THAT?
8  MR. LINARES: NO.
9  THE COURT: I WILL SET SENTENCING IN THIS
10     MATTER FOR THURSDAY, MAY 19TH, 2016, AT
11 9:30 A.M.  AND, OF COURSE, COUNSEL, A NOTICE
12 WILL ISSUE WITH RESPECT TO THAT DATE AND
13 TIME.  OKAY?
14     IS THERE ANYTHING FURTHER AT THIS TIME
15 FROM EITHER SIDE?
16 MR. AMBEAU: YOUR HONOR, THE DEFENSE WOULD
17     MOVE TO HAVE -- AND I DON'T KNOW -- THE
18 RULE ESCAPES ME.  BUT I WOULD MOVE TO HAVE
19 MR. LINARES BE RELEASED UNDER THE SAME
20 PROBATION CONDITIONS THAT HE WAS PREVIOUSLY
21 RELEASED ON BETWEEN NOW AND THE TIME OF
22 SENTENCING.  AND I'M NOT SURE OF THE -- HE'S
23 BEEN RELEASED THE ENTIRE TIME THAT HE'S BEEN
24 UNDER THIS INDICTMENT.  GIVEN HIS STATION IN
25 LIFE AND HIS BUSINESS AND ALL THOSE KINDS OF

1   THINGS HE NEEDS TO TAKE CARE OF BETWEEN NOW
2   AND SENTENCING, YOUR HONOR.
3   THE COURT: DOES THE UNITED STATES HAVE A
4       POSITION ON THAT?
5   MR. STEVENS: YES, JUDGE.  AND THAT'S WHY I
6       CAME UP HERE.  UNDER 18 USC 3143, THE
7   STANDARD HAS CHANGED NOW.  THERE'S THE
8   PRESUMPTION THAT HE BE DETAINED AND THE
9   BURDEN SHIFTS TO THE DEFENDANT.  I BELIEVE
10  THERE'S CLEAR AND CONVINCING EVIDENCE THAT HE
11  WILL NOT FLEE.
12      IN ADDITION TO THAT PRESUMPTION, JUDGE,
13  I WOULD PROFFER THAT HE DIDN'T APPEAR FOR
14  GRAND JURY SESSION IN 2014.  WE WERE IN COURT
15  EARLIER THIS YEAR IN THIS CASE AND YOU RECALL
16  THAT THE DEFENDANT WAS LATE TO COURT.
17      BUT MOST SIGNIFICANTLY, JUDGE, AND THIS
18  IS SIGNIFICANT.  WE KNOW FROM LITIGATION THAT
19  THE DEFENDANT IS NOT A CITIZEN.  AND NOW THAT
20  HE'S BEEN CONVICTED, HE'S SUBJECT TO
21  DEPORTATION.  SO, IT POSES AN INCREDIBLE
22  FLIGHT RISK.  AND THAT'S PARTICULARLY TRUE,
23  JUDGE, BECAUSE OF ALL THE CASH THAT ---
24  MS. BROADBECK: PLEASE, PLEASE.
25  MR. STEVENS:  I'M SORRY.  AND THAT'S

1   PARTICULARLY TRUE, JUDGE, BECAUSE OF ALL
2   THE CASH THAT COMES IN AND OUT OF THE
3   DEFENDANT'S STORE.  THAT'S BEEN
4   UNCONTROVERTED.
5       SO, HE NOW HAS A FAR GREATER MOTIVE THAN
6   HE EVER HAS BEFORE TO FLEE.  AND HE CERTAINLY
7   HAS THE ABILITY TO FLEE, GIVEN HIS FINANCIAL
8   RESOURCES.
9       AND, SO, UNDER THE STATUTE, I THINK HE
10  NEEDS TO BE REMANDED, JUDGE.
11  MR. AMBEAU: YOUR HONOR, I THINK THERE ARE A
12      NUMBERS OF FACTORS THAT WEIGH IN MR.
13  LINARES' FAVOR.  THE 26 YEARS HE'S BEEN IN
14  THE UNITED STATES, HIS CONNECTIONS TO THE
15  UNITED STATES.  AND, MORE SPECIFICALLY, HIS
16  CONNECTIONS TO BATON ROUGE AND HIS LOCALITY.
17      MR. LINARES OWNS A SIGNIFICANT BUSINESS
18  HERE IN BATON ROUGE WITH A NUMBER OF
19  EMPLOYEES AND A NUMBER OF -- AND A LARGE
20  AMOUNT OF PROPERTY.  IF MR. LINARES IS GOING
21  TO -- AND, PLUS, THE HOME HE LIVES IN.
22      BUT IF MR. LINARES IS GOING TO SERVE OUT
23  HIS SENTENCE HERE, YOUR HONOR, AND HAVE ANY
24  MEANS TO MEET THE FORFEITURE ALLEGATIONS
25  CONTAINED IN THE -- IN THE CONVICTION, HE

1   WILL HAVE TO HAVE STEWARD THIS BUSINESS THAT
2   HAS NO OTHER PERSON OTHER THAN MR. LINARES TO
3   RUN IT AT THIS POINT.
4       IT'S ALSO TRUE THAT THIS MATTER HAS BEEN
5   PENDING NOW FOR MORE THAN A YEAR.  AND MR.
6   LINARES HAS BEEN PRESENT FOR ALL OF THOSE
7   PRE-TRIAL MATTERS.  HE'S BEEN PRESENT FOR --
8   HE WAS, IN FACT, -- THE GOVERNMENT IS CORRECT
9   THAT HE MISSED A -- ONE OF HIS GRAND JURY
10  SUBPOENAS.  HE WAS AT ONE THE NEXT TWO WEEKS
11  LATER.  I MEAN, WE HAD COMMUNICATED THAT.
12      SO, HE DOESN'T HAVE ANY RECORD OF NOT
13  APPEARING, YOUR HONOR.
14  THE COURT: THE JUDGMENT -- LET ME JUST TELL
15      YOU.  THIS MATTER WILL NOT BE RESOLVED
16  TODAY.  I'M NOT PREPARED TO HAVE A -- CONDUCT
17  A DIRECT -- IN FACT, I MAY VERY WELL DIRECT
18  THE MAGISTRATE JUDGE TO CONDUCT THE HEARING
19  ON THIS MATTER.
20      IN THE MEANTIME, I BELIEVE THE LAW DOES
21  INDEED REQUIRE THAT I REMAND THE DEFENDANT TO
22  THE CUSTODY OF THE UNITED STATES MARSHAL.  I
23  UNDERSTAND WHERE YOU ARE FREE TO MOVE FOR HIS
24  RELEASE.  WE WILL ARRANGE FOR A DETENTION
25  HEARING TO BE HELD AS EARLY AS MONDAY.  BUT

1    AT LEAST AT THIS TIME I REMAND THE DEFENDANT
2    TO THE CUSTODY OF THE UNITED STATES MARSHAL.
3    OKAY?
4         IS THERE ANYTHING ELSE, ANYTHING
5    FURTHER?
6    MR. STEVENS: NO.  NOT THAT I'M AWARE OF,
7         JUDGE.
8    MR. AMBEAU: NOT FROM THE DEFENSE AT THIS
9         TIME, YOUR HONOR.
10   THE COURT: ALL RIGHT.  GENTLEMEN, LET ME
11        JUST TELL YOU, BOTH OF YOU, AS WELL AS
12   MR. CROSSWELL, THAT I THINK ALL THREE OF YOU
13   DID A SUPERB JOB IN REPRESENTING YOUR CLIENT
14   -- CLIENT'S INTEREST.  THIS WAS A VERY, VERY
15   TOUGH CASE.  THESE WERE VERY DIFFICULT
16   CHARGES.  BUT I WILL TELL YOU THAT I HAVE
17   BEEN IMPRESSED WITH ALL THREE OF YOU IN THE
18   MANNER IN WHICH YOU HAVE PRESENTED THE
19   EVIDENCE AND REPRESENTED YOUR CLIENTS.
20        SO, AGAIN, I THANK YOU ALL FOR BEING SO
21   PROFESSIONAL, SO PREPARED.  AND, SO, I
22   COMPLIMENT YOU IN THE MANNER IN WHICH YOU
23   HAVE DISCHARGED YOUR DUTIES.  OKAY?
24   MR. STEVENS: THANK YOU, JUDGE.
25   MR. AMBEAU: THANK YOU, YOUR HONOR.

1   THE COURT: THANK YOU.
2       GOOD LUCK TO YOU, MR. LINARES.
3       THERE BEING NOTHING FURTHER, COURT
4   IS ADJOURNED.
5
6           C E R T I F I C A T E
7
8    I CERTIFY THAT THE FOREGOING IS A CORRECT
9   TRANSCRIPT FROM THE RECORD OF THE PROCEEDINGS IN
10  THE ABOVE-ENTITLED NUMBERED MATTER.
11
12
13           S/CLARE SMITH-NEELY
14
15       CLARE SMITH-NEELY, CCR
16       CERTIFIED COURT REPORTER
17
18
19
20
21
22
23
24
25